**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**AVE MARIA UNIVERSITY,**

        **Plaintiff,**

-vs-                                                    Case No.  2:12-cv-88-FtM-99SPC

**KATHLEEN SEBELIUS, Secretary of the
United States Department of Health and Human
Services, UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, HILDA
SOLIS, UNITED STATES DEPARTMENT OF
LABOR, TIMOTHY GEITHNER, Secretary of
the United States Department of the Treasury,
and the UNITED STATES DEPARTMENT OF
TREASURY ,**

        **Defendants.**
_____/

## ORDER TO SHOW CAUSE

The Plaintiff is directed to **show cause** by a written response filed on or before **August 17, 2012**, indicating why this case should not be **dismissed** pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B). **Failure to respond shall result in this action being dismissed without further notice.**

**DONE AND ORDERED** at Fort Myers, Florida, this   6th    day of August, 2012.

                                                          SHERI POLSTER CHAPPELL
                                                          UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record