**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

| | |
|---|---|
| AVE MARIA UNIVERSITY, *Plaintiff,* v. KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, HILDA SOLIS, Secretary of the United States Department of Labor, UNITED STATES DEPARTMENT OF LABOR, TIMOTHY GEITHNER, Secretary of the United States Department of the Treasury, and UNITED STATES DEPARTMENT OF THE TREASURY, *Defendants.* | Civil No. 2:12-cv-00088-UA-SPC **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

<u>PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Plaintiffs hereby submit a Notice of Supplemental Authority to alert the Court to new authority bearing on the issues raised in this case. On July 27, the District Court for the District of Colorado issued an order granting the plaintiffs' motion for preliminary injunction in their challenge to the Health and Human Services mandate, *Newland, et al.* v. *Sebelius, et al.*, No. 1:12-cv-1123-JLK (D. Colo. 2012). The court's memorandum and order are attached as Exhibit A.

Respectfully submitted on this 7th day of August, 2012,

                            s/ S. Kyle Duncan
                            S. Kyle Duncan

1

Eric N. Kniffin
Diana M. Verm
THE BECKET FUND FOR RELIGIOUS LIBERTY
3000 K St. NW, Ste. 220
Washington, DC 20007
Tel.:  (202) 955-0095
Fax:  (202) 955-0090
*kduncan@becketfund.org*

*Counsel for Plaintiff
Ave Maria University*

## CERTIFICATE OF SERVICE

      I hereby certify that, on Aug. 7, 2012, I electronically filed the foregoing Reply in Support of Motion to Intervene with the Clerk of the Court using CM/ECF, which transmitted Notices of Electronic Filing generated by CM/ECF to the following:

Benjamin Berwick
United States Department of Justice
20 Massachusetts Avenue NW
Washington, DC 20001

Eric R. Womack
United States Department of Justice
Civil Divisions, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 7140
Washington, D.C. 20001

                                            Respectfully submitted,

                                              /s/ S. Kyle Duncan

                                            S. Kyle Duncan
                                            THE BECKET FUND FOR RELIGIOUS LIBERTY
                                            3000 K St. NW, Ste. 220
                                            Washington, DC 20007
                                            Tel.:     (202) 955-0095
                                            Fax:     (202) 955-0090